IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELLA SEAY,

        Plaintiff,    )   2:08-cv-806-GEB-GGH
)
    v.    )   <u>ORDER</u>[*]
)
DOE 1, AKA, SIERRA COMMUNITY  )
COLLEGE DISTRICT; DR. LEO CHAVEZ;  )
RON MARTINEZ; MANDY DAVIES; CINDY  )
MARIANO; AND DOES 2through 20,  )
)
        Defendants.  )
_____)

        On July 5, 2008, Plaintiff filed a motion to amend or alter the judgment entered by the Clerk of the Court on June 26, 2008. Plaintiff argues that the Order filed June 26, 2008, just before the judgment was entered, should have remanded her remaining state claims to state court, rather than dismissing them without prejudice under 28 U.S.C. § 1367(c)(3). Defendant counters that the dismissal was

---

[*] This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

appropriate and Plaintiff fails to justify her amended judgment request under Local Rule 78-230(k).

Plaintiff's state complaint was removed from state court after Plaintiff added federal claims in her First Amended Complaint. (D. Mot. To Dismiss 1:10-11.) Following removal, Defendant moved to dismiss the complaint. The June 26 Order granted the dismissed motion as to all federal claims and dismissed the remaining state claims under 28 U.S.C. § 1367 (c)(3).

However, since this is a removal action, ""the best course of action is to remand [her remaining] state law claims to the state court from which the case was removed" rather than dismiss them under 28 U.S.C § 1367. <u>Novak v. MetroHealth Med. Ctr.</u>, 503 F.3d 572, 583 (6th Cir. 2007)(citation omitted).

Therefore, the judgment entered on June 26, 2008, is vacated; and, the portion of the June 26, 2008 Order dismissing the state claims under 28 U.S.C. 1367 is withdrawn since this action should have been remanded to state court. This action is remanded to the California Sacramento Superior Court from which it was removed.

IT IS SO ORDERED.
Dated: September 15, 2008

GARLAND E. BURRELL, JR.
United States District Judge