IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELLA SEAY,

        Plaintiff,

    v.

DOE 1, AKA, SIERRA COMMUNITY COLLEGE DISTRICT; DR. LEO CHAVEZ; RON MARTINEZ; MANDY DAVIES; CINDY MARIANO; AND DOES 2 through 20,

        Defendants.

2:08-cv-806-GEB-GGH

<u>AMENDED ORDER[1]</u>
<u>REMANDING CASE</u>

        On July 5, 2008, Plaintiff filed a motion to amend or alter the judgment entered by the Clerk of the Court on June 26, 2008. Plaintiff argues that the Order filed June 26, 2008, just before the judgment was entered, should have remanded her remaining state claims to state court, rather than dismissing them without prejudice under 28 U.S.C. § 1367(c)(3). Defendant counters that the dismissal was

---

[1] This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

1 appropriate and Plaintiff fails to justify her amended judgment
2 request under Local Rule 78-230(k).
3       Plaintiff's state complaint was removed from state court
4 after Plaintiff added federal claims in her First Amended Complaint.
5 (D. Mot. To Dismiss 1:10-11.)  Following removal, Defendant moved to
6 dismiss the complaint.  The June 26 Order granted the dismissed motion
7 as to all federal claims and dismissed the remaining state claims
8 under 28 U.S.C. § 1367 (c)(3).
9       However, since this is a removal action, ""the best course
10 of action is to remand [her remaining] state law claims to the state
11 court from which the case was removed" rather than dismiss them under
12 28 U.S.C § 1367.  <u>Novak v. MetroHealth Med. Ctr.</u>, 503 F.3d 572, 583
13 (6th Cir. 2007)(citation omitted).
14       Therefore, the judgment entered on June 26, 2008, is
15 vacated; and, the portion of the June 26, 2008 Order dismissing the
16 state claims under 28 U.S.C. 1367 is withdrawn since this action
17 should have been remanded to state court.  This action is remanded to
18 the Superior Court of the State of California in and for the County of
19 Placer.
20       IT IS SO ORDERED.
21 Dated:  September 23, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge